IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Magistrate No. 20-1713 |
| CLIFFORD YODERS | |

APPLICATION AND ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The undersigned Assistant United States Attorney hereby applies to the Court for the issuance of a writ of habeas corpus ad prosequendum, and avers:

1. Name of Detainee: Clifford Yoders, FBI No. 299109MB4, Year of Birth: 1980, Male, White.

2. Detained by: Butler County Prison, 202 South Washington Street, Butler, PA 16001.

3. Detainee is charged in this district by Complaint, charging detainee with violating Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

4. Detainee is presently confined in the Butler County Prison, Butler, Pennsylvania, awaiting a disposition of state charges.

5. The above case is set for a hearing at Pittsburgh, PA on October 5, 2020, at 1:00 p.m., and it shall therefore be necessary for detainee to appear via video teleconference at that time.

6. The Warden of the Butler County Prison, Pittsburgh, PA has no objection to the granting of this petition.

*/s/ Christopher M. Cook*
CHRISTOPHER M. COOK
Assistant U.S. Attorney
KS ID No. 23860

ORDER

The above Application is granted and the above-named custodian, as well as the United States Marshal for this district, are hereby ORDERED to produce the named detainee on the date and at the time recited above, and, when detainee shall no longer be needed before the Court, detainee shall be returned to the above-named custodian.

_____            _____
DATE                                                                            UNITED STATES MAGISTRATE JUDGE

cc:   United States Attorney